# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Phillip Ray Julian and<br>Karyn D. Julian<br><br>Debtor(s) | Case No.:08−33489−acs<br><br>Chapter: 13<br>Judge: Alan C. Stout |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding the Motion by Chapter 13 Trustee to Set Status Hearing Regarding Debtors' attorney needs to address secured claim 25 filed by Jamos Fund 73. Status hearing to be held on 9/4/2013 at 09:00 AM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. cc: Service List/Debtors/Jamos Fund (Rupe, B)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 7/17/13

By: bc  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:  
Phillip Ray Julian  
Karyn D. Julian  
    Debtors

Case No. 08-33489-acs  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0644-3     User: brupe     Page 1 of 2     Date Rcvd: Jul 17, 2013  
                 Form ID: 220     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2013.
```
db/jdb     +Phillip Ray Julian,    Karyn D. Julian,    2219 W. Kentucky Street,    Louisville, KY 40210-1158
cr         +American Home Mortgage Servicing, Inc.,    PO Box 631730,    Irving, TX 75063-0002
cr         +Jamos Fund I, LP,    Law Office of Jerry N. Higgins, PLLC,    3426 Paoli Pike,
             Floyds Knobs, IN 47119-9752
cr         +Jefferson Capital Systems LLC,    PO BOX 7999,    ST CLOUD, MN 56302-7999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          E-mail/Text: resurgentbknotifications@resurgent.com Jul 17 2013 18:57:43     B-Line, LLC,
              P.O. Box 91121,   Dept. 550,   Seattle, WA  98111-9221
cr         +E-mail/Text: resurgentbknotifications@resurgent.com Jul 17 2013 18:57:44
              East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
              GREENVILLE, SC 29602-0288
cr         +E-mail/Text: akellow@jeffersoncountyclerk.org Jul 17 2013 18:58:05
              Lou/Jeff County Metro Government,    Jefferson County Attorneys Office,    Fiscal Court Building,
              531 Court Pl., Suite 900,    Louisville, KY 40202-3315
cr          E-mail/Text: bkdepartment@rtresolutions.com Jul 17 2013 19:01:53     Real Time Resolutions, Inc.,
              1750 Regal Row Suite 120,    PO Box 36655,   Dallas, TX  75235
cr         +E-mail/PDF: rmscedi@recoverycorp.com Jul 17 2013 19:03:20
              Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,    Miami, Fl 33131-1605
cr         +E-mail/Text: resurgentbknotifications@resurgent.com Jul 17 2013 18:57:44     Roundup Funding LLC,
              MS 550,   PO Box 91121,    Seattle, WA 98111-9221
cr          E-mail/Text: ebn@vativrecovery.com Jul 17 2013 19:00:35     Vativ Recovery Solutions LLC,
              P.O. Box 40728,    Houston, TX  77240-0728
                                                                                               TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Citi Residential Lending
cr           ##+Deutsche Bank National Trust Company, as Trustee,,   Citi Residential Lending,
                10801 East 6th Street,    Rancho Cucamonga, CA 91730-5987
                                                                                TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 19, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0644-3          User: brupe                  Page 2 of 2                  Date Rcvd: Jul 17, 2013
                              Form ID: 220                 Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2013 at the address(es) listed below:

```
              David W. Brangers    on behalf of Joint Debtor Karyn D. Julian dbrangers@lawyer.com
              David W. Brangers    on behalf of Debtor Phillip Ray Julian dbrangers@lawyer.com
              Jerry N. Higgins    on behalf of Creditor   Jamos Fund I, LP jnh@jerryhigginslaw.com,
               j0higg01@yahoo.com;staci.ray@jerryhigginslaw.com
              Joseph J. Golden    ustpregion08.lo.ecf@usdoj.gov
              Linh K. Tran    on behalf of Creditor   Roundup Funding LLC bk.mail@quantum3group.com
              Ryan Flynn Hemmerle    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee,
               in trust for the registered holders of Ameriquest Mortgage Securities Inc., Quest Trust 2006-X1,
               Asset Backed Certificates, Series 2006-X1 kybk@rslegal.com,   rsbkecfbackup@gmail.com
              William W. Lawrence -13    ECF@louchapter13.com,
               ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com
              William W. Lawrence -13A    on behalf of Trustee William W. Lawrence -13 ECF@louchapter13.com
                                                                                             TOTAL: 8
```